**Katherina Tammy ALLEN, Respondent,**

v.

**William Richard ALLEN, Appellant.**

**No. WD 77133.**

Missouri Court of Appeals, Western District.

Oct. 14, 2014.

Scott Hamilton, Lexington, MO, for Appellant.

James Rust, Richmond, MO, for Respondent.

Before Division Three: GARY D. WITT, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

Mr. William Richard Allen appeals the trial court's judgment quashing a levy of execution.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).